■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSIE BROWN, Appellant. [671 NYS2d 350] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered January 28, 1997, convicting her of assault in the second degree and petit larceny, after a nonjury trial, and imposing sentence.

fendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered March 12, 1997, convicting him of reckless endangerment in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Ritter, Thompson, Friedmann and Goldstein, JJ., concur.